# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARION DEWAYNE SANDERS
CONSTANCE YUTIVIA SANDERS

       Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

       Movant
vs.
ERIE COUNTY ADULT PROBATION

       Respondents

Case No. 15-10060TPA

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

ERIE COUNTY ADULT PROBATION
ERIE COUNTY COURTHOUSE
140 WEST 6TH ST ROOM 103A
ERIE, PA 16501

Court claim# /Trustee CID# 3

The Movant further certifies that on 09/14/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MARION DEWAYNE SANDERS,
CONSTANCE YUTIVIA SANDERS,
1450 E. EIGHTH STREET, ERIE, PA
16503

ORIGINAL CREDITOR:
ERIE COUNTY ADULT PROBATION,
ERIE COUNTY COURTHOUSE, 140
WEST 6TH ST ROOM 103A, ERIE, PA
16501

NEW CREDITOR:

DEBTOR'S COUNSEL:
MICHAEL S JAN JANIN ESQ, QUINN
BUSECK LEEMHUIS ET AL, 2222 W
GRANDVIEW, ERIE, PA  16506-4508