**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARION DEWAYNE SANDERS<br>CONSTANCE YUTIVIA SANDERS | Case No. 15-10060TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs. | Document No __ |
| ERIE COUNTY ADULT PROBATION | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| ERIE COUNTY ADULT PROBATION<br>ERIE COUNTY COURTHOUSE<br>140 WEST 6TH ST ROOM 103A<br>ERIE, PA 16501 | Court claim# /Trustee CID# 2 |

The Movant further certifies that on 09/14/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MARION DEWAYNE SANDERS,
CONSTANCE YUTIVIA SANDERS,
1450 E. EIGHTH STREET, ERIE, PA
16503

ORIGINAL CREDITOR:
ERIE COUNTY ADULT PROBATION,
ERIE COUNTY COURTHOUSE, 140
WEST 6TH ST ROOM 103A, ERIE, PA
16501

NEW CREDITOR:

DEBTOR'S COUNSEL:
MICHAEL S JAN JANIN ESQ, QUINN
BUSECK LEEMHUIS ET AL, 2222 W
GRANDVIEW, ERIE, PA  16506-4508