# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 15-10060TPA |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS, his wife, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| PNC BANK, N.A., | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
|     v. | : | |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS, his wife; | : | |
| and RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents | : | |

## **DECLARATION**

    I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
       Michael S. Jan Janin, Esquire
       PA Id. No. 38880
       2222 West Grandview Boulevard
       Erie, Pennsylvania 16506-4508
       Telephone: 814-833-2222, Extension 1045
       Direct Dial: 814-314-1051
       Facsimile: 814-833-6753
       E-Mail: mjanjanin@quinnfirm.com
       Counsel for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 15-10060TPA |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS, his wife, | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| PNC BANK, N.A., | : | CHAPTER 13 |
| Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
| v. | : | |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS, his wife; | : | |
| and RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF DECLARATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 8, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  November 8, 2018

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

    BY:  /s/Michael S. JanJanin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Telephone: 814-833-2222, Extension 1045
    Direct Dial: 814-314-1051
    Facsimile: 814-833-6753
    E-Mail: mjanjanin@quinnfirm.com
    Counsel for Debtors

#1171951