IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-10060TPA |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS | : | HON. THOMAS P. AGRESTI |
|    Debtors. | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION | : | CHAPTER 13 |
|    Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
|       v. | : | |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                          Respectfully submitted,

                                          QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                        BY:    /s/Michael S. JanJanin
                                            Michael S. Jan Janin, Esquire
                                            PA Id. No. 38880
                                            2222 West Grandview Boulevard
                                            Erie, Pennsylvania  16506-4508
                                            Telephone: 814-833-2222, Extension 1045
                                            Direct Dial: 814-314-1051
                                            Facsimile: 814-833-6753
                                            E-Mail: mjanjanin@quinnfirm.com
                                            Counsel for Debtor

#1194068

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-10060TPA |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS | : | HON. THOMAS P. AGRESTI |
|     Debtors. | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
|             v. | : | |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 4, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: March 4, 2019

>Respectfully submitted,
>
>QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.
>
>BY:    /s/Michael S. JanJanin
>          Michael S. Jan Janin, Esquire
>          PA Id. No. 38880
>          2222 West Grandview Boulevard
>          Erie, Pennsylvania  16506-4508
>          Telephone: 814-833-2222, Extension 1045
>          Direct Dial: 814-314-1051
>          Facsimile: 814-833-6753
>          E-Mail: mjanjanin@quinnfirm.com
>          Counsel for Debtor

#1194068