IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-10060TPA |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS | : | HON. THOMAS P. AGRESTI |
|    Debtors. | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION | : | CHAPTER 13 |
|    Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
|        v. | : | |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                                                      Respectfully submitted,

                                                                      QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                      BY:    /s/Michael S. JanJanin
                                                                       Michael S. Jan Janin, Esquire
                                                                       PA Id. No. 38880
                                                                       2222 West Grandview Boulevard
                                                                       Erie, Pennsylvania 16506-4508
                                                                       Telephone: 814-833-2222, Extension 1045
                                                                       Direct Dial: 814-314-1051
                                                                       Facsimile: 814-833-6753
                                                                       E-Mail: mjanjanin@quinnfirm.com
                                                                       Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-10060TPA |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS | : | HON. THOMAS P. AGRESTI |
|     Debtors. | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 5 |
|         v. | : | |
| | : | |
| MARION DEWAYNE SANDERS and | : | |
| CONSTANCE YUTIVIA SANDERS; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 5, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

    Ronda J. Winnecour, Esquire, Chapter 13 Trustee
    **cmecf@chapter13trusteewdpa.com**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 5, 2019

                                      Respectfully submitted,

                                      QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                      BY:    /s/Michael S. JanJanin
                                                Michael S. Jan Janin, Esquire
                                                PA Id. No. 38880
                                                2222 West Grandview Boulevard
                                                Erie, Pennsylvania  16506-4508
                                                Telephone: 814-833-2222, Extension 1045
                                                Direct Dial: 814-314-1051
                                                Facsimile: 814-833-6753
                                                E-Mail: mjanjanin@quinnfirm.com
                                                Counsel for Debtor

#1253339