**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

12/12/2019

IN RE:

MARION DEWAYNE SANDERS
CONSTANCE YUTIVIA SANDERS
1450 E. EIGHTH STREET
ERIE, PA 16503
XXX-XX-9537          Debtor(s)

XXX-XX-0114

Case No. 15-10060 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/12/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **UNITED CONSUMER FINANCIAL SERV**<br>C/O BASS & ASSOCIATES PC*<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 957.03<br>COMMENT: 6519/SCH*W/25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4697 |
| **ERIE COUNTY ADULT PROBATION**<br>ERIE COUNTY COURTHOUSE<br>140 WEST 6TH ST ROOM 103A<br>ERIE, PA  16501 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 3,880.79<br>COMMENT: $@0%/PL*JUDGMENT*NTC-RSV*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **ERIE COUNTY ADULT PROBATION**<br>ERIE COUNTY COURTHOUSE<br>140 WEST 6TH ST ROOM 103A<br>ERIE, PA  16501 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 1,234.00<br>COMMENT: $@0%/PL*JUDGMENT*NTC-RSV*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL*NO$/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*1ST*BGN 2/15*FR PNC BANK C/O PNC MTG-DOC 57 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4582 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 0.00<br>COMMENT: ...0114*CL2-2GOV*1500@0%/PL*AMD CL=0 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9537 |
| **ACL LABS**<br>1526 PEACH ST<br>ERIE, PA  16501-2104 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ACCOUNTS LLC**<br>POB 140065<br>NASHVILLE, TN  37214 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 63... |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY  14702-1132 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0163 |
| **COLLECTION SERVICE CENTER INC**<br>363 VANADIUM RD STE 109<br>PO BOX 13446<br>PITTSBURGH, PA  15243-0446 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COMMERCIAL ACCEPTANCE++**<br>2 W MAIN ST<br><br>SHIREMANSTOWN, PA 17011 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 98... |
| **CREDITECH**<br>POB 99*<br><br>BANGOR, PA 18013 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 320 |
| **DOREEN FORD**<br>2805 LIBERTY ST<br><br>ERIE, PA 16508 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 2bAVD/PL*JUDGMENT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **EOS CCA**<br>CORP HEADQUARTERS<br>700 LONGWATER DR<br>NORWELL, MA 02061 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6060 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1636 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1720 |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9423 |
| **PINNACLE CREDIT SERVICES**<br>C/O CBS<br>POB 740933<br>DALLAS, TX 75374 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0G10 |
| **ST VINCENT HEALTH CENTER**<br>232 W 25TH ST<br><br>ERIE, PA 16544 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2927 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SUNRISE CREDIT SVCS INC**<br>260 AIRPORT PLAZA<br>POB 9100<br><br>FARMINGDALE, NY 11735-9100 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2426 |
| **TRISTATE ADJUSTMENTS**<br>3439 EAST AVE S<br><br>LA CROSSE, WI 54602 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 94 |
| **HAMOT MEDICAL CENTER***<br>PATIENT ACCOUNTING DEPT<br>201 STATE ST<br><br>ERIE, PA 16550 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~UPMC HAMOT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 496.03<br>COMMENT: 6680/SCH*CHARGE OFF: 11/6/12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **UNITED CONSUMER FINANCIAL SERV**<br>C/O BASS & ASSOCIATES PC*<br>3936 E FT LOWELL RD STE 200<br><br>TUCSON, AZ 85712 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 180.00<br>COMMENT: C1GOV@0%*NO SEC/SCH-PL*W/1 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4697 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 14,027.35<br>COMMENT: C5GOV*13k/PL*1ST*THRU 1/15*FR PNC BANK C/O PNC MTG-DOC 57 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4582 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br><br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 703.88<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2826 |