IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-10060TPA |
| | : | |
| MARION DEWAYNE SANDERS AND | : | THE HON. THOMAS P. AGRESTI |
| CONSTANCE YUTIVIA SANDERS, HIS | : | |
| WIFE, | : | CHAPTER 13 |
|     Debtors | : | |
| | : | DOCUMENT NO. |
| MARION DEWAYNE SANDERS AND | : | |
| CONSTANCE YUTIVIA SANDERS, HIS | : | |
| WIFE, | : | |
|     Movant | : | |
| | | |
|     v. | | |
| | | |
| NO RESPONDENT | | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   __X__ The Debtors are not required to pay any Domestic Support Obligations.

   ____ The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 25, 2015, at Docket No. 23 and 24, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

<u>  X  </u>   Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>     </u>   Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: January 8, 2020          By:     */s/Marion Dewayne Sanders*
                                        Debtor/Marion Dewayne Sanders

Dated: January 8, 2020          By:     */s/Constance Yutivia Sanders*
                                        Debtor/Constance Yutivia Sanders

                                        QUINN, BUSECK, LEEMHUIS, TOOHEY
                                        & KROTO, INC.

Dated: January 8, 2020          By:     */s/Michael S. JanJanin*
                                        Michael S. Jan Janin, Esq.
                                        Pa. I.D. No. 38880
                                        2222 West Grandview Boulevard
                                        Erie, PA 16506-4508
                                        Phone:  (814) 833-2222, Ext. 1045
                                        Phone:  (814) 314-1051 (Direct)
                                        Fax:  (814) 833-6753
                                        Email:  mjanjanin@quinnfirm.com
                                        Attorneys for Debtors, Marion Dewayne
                                        Sanders and Constance Yutivia Sanders, his wife

1260871