# United States Bankruptcy Court

In Re:
Marion Dewayne Sanders and
Constance Yutivia Sanders, his wife
    Debtors

Marion Dewayne Sanders and
Constance Yutivia Sanders, his wife
    Movants

v.

Doreen Ford,
    Respondent

Bankruptcy No. 15-10060TPA
Chapter 13

FILED 20 JAN 22 PM 1:28 CLERK U.S. BANKRUPTCY COURT - ERIE

## Notice of Response hearing on motion to avoid lien

Marion Dewayne Sanders was a former tenant of mine, residing at a property I owned, at 1142 W. 11th St. Erie Pa, from Feb 1st 2010, and lease ending Jan 31st 2011. His failure to pay rent/leave this residence forced me to take him to small claims court. I won the case. He was ordered to pay what he owed me, in the amount of 1409.50. He never paid so I placed a judgment lien against him in the court of Common Pleas of Erie County, Pa at No. 30703-2012 on May 3, 2012 in the amount of 1409.50. Now, 7½ yrs later, I am asking the court to deny Marion Dewayne Sanders request to enter an order avoiding the judgment lien filed by myself, and please make him accountable for this debt that he owes me.

    Respectfully,

Doreen Ford
Doreen Ford
7805 Liberty Street