IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :    Bankruptcy No. 15-10060TPA
Marion Dewayne Sanders                    :    Chapter 13
and Constance Yutuia Sanders,    Debtor   :
                his wife                   :
                                          :    Related to Document No.
Movant  Marion Dewayne Sanders &          :        Doc 62
Constance  Yutuia Sanders, his wife        :
                v.                         :    Hearing Date and Time:
        Doreen Ford                        :
Respondent (if none, then "No Respondent") :    Wednesday, Feb 5, 2020 at 930 Am

## CERTIFICATE OF SERVICE OF (Specify Document Served)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) Wednesday January 22, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: hand delivery.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 22, 2020

By:    Doreen Ford
       Signature
       Doreen Ford
       Typed Name
       2805 Liberty Street
       Address
       Erie, Pa. 16508
       Phone No.
       814-323-1142
       List Bar I.D. and State of Admission

FILED
20 JAN 29 PM 12:55
CLERK
U.S. BANKRUPTCY
COURT - ERIE

PAWB Local Form 7 (07/13)