## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/6/20 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-10060-TPA |
| | : | | |
| Marion Dewayne Sanders | : | Chapter: | 13 |
| Constance Yutivia Sanders | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/5/2020 |
| | : | Time: | 09:30 |

### PROCEEDING MEMO

**MATTER:**  #61 Motion to Avoid Lien with Doreen Ford
   #64 Resp. by Doreen Ford

**APPEARANCES:**

   Debtor:   Michael S. Jan Janin
   Trustee:   Owen Katz
   Doreen Ford:   No appearance

**NOTES:**

JanJanin:   Background of matters given.

**OUTCOME:**   GRANTED / OE

ljm