FILED
2/6/20 8:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  MARION DEWAYNE SANDERS
CONSTANCE YUTIVIA SANDERS
      Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
    vs.
MARION DEWAYNE SANDERS
CONSTANCE YUTIVIA SANDERS

    Respondents

Case No. 15-10060TPA

Chapter 13

Document No. 66

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___6th___ day of __February__, 20_20_ it is hereby ORDERED, ADJUDGED, and DECREED that,

    Erie Coke Corporation
    Attn: Payroll Manager
    Pob 6180
    Foot Of East Avenue
    Erie, PA 16502

is hereby ordered to immediately terminate the attachment of the wages of MARION DEWAYNE SANDERS, social security number XXX-XX-9537. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARION DEWAYNE SANDERS.

BY THE COURT:

_____
**ljm**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 15-10060-TPA
Marion Dewayne Sanders                                                                  Chapter 13
Constance Yutivia Sanders
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: agro                  Page 1 of 1              Date Rcvd: Feb 06, 2020
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db              +Marion Dewayne Sanders,    1450 E. Eighth Street,    Erie, PA 16503-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com,
           ewassall@logs.com
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Michael S. Jan Janin    on behalf of Joint Debtor Constance Yutivia Sanders
           mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Michael S. Jan Janin    on behalf of Debtor Marion Dewayne Sanders mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7