FILED
2/6/20 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 15-10060TPA |
| MARION DEWAYNE SANDERS and | |
| CONSTANCE YUTIVIA SANDERS, his wife, | THE HONORABLE THOMAS P. AGRESTI |
|    Debtors | |
| | CHAPTER 13 |
| MARION DEWAYNE SANDERS and | |
| CONSTANCE YUTIVIA SANDERS, his wife, | RELATED TO DOCUMENT NO. 61 |
|    Movants | |
| v. | |
| DOREEN FORD, | |
|    Respondent | |

## ORDER

*AND NOW*, to-wit, this *5th* day of *February, 2020*, upon consideration of the Motion to Avoid Lien Impairing Debtor's Exemption Pursuant to 11 U.S.C. §522(d)(1) and 11 U.S.C. §522(f) filed by the Debtors, Marion D. Sanders and Constance Yutivia Sanders, his wife, and following a hearing held in this matter, it is hereby ORDERED, ADJUDGED and DECREED that the judgment entered in favor of the Respondent, Doreen Ford, against the Debtor, Marion D. Sanders, in the Court of Common Pleas of Erie County Pennsylvania at No. 30703-2012 on May 3, 2012 in the face amount of $1,409.50 is avoided as a lien on the Debtor's residence pursuant 11 U.S.C. §522(f).

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1268512

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-10060-TPA
Marion Dewayne Sanders                                                          Chapter 13
Constance Yutivia Sanders
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: agro                Page 1 of 1               Date Rcvd: Feb 06, 2020
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db/jdb         +Marion Dewayne Sanders,    Constance Yutivia Sanders,    1450 E. Eighth Street,
                 Erie, PA 16503-1708
cr             +Doreen Ford,    2805 Liberty Street,    Erie, PA 16508-1642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Marion Dewayne Sanders mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Constance Yutivia Sanders
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7