Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Marion Dewayne Sanders** | : | Case No. 15−10060−TPA |
| **Constance Yutivia Sanders** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 74 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/27/20 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 27th of March, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 74 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before May 11, 2020**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***May 27, 2020 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10060-TPA
Marion Dewayne Sanders                                                  Chapter 13
Constance Yutivia Sanders
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lmar                   Page 1 of 2              Date Rcvd: Mar 27, 2020
                               Form ID: 300b               Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
```
db/jdb         +Marion Dewayne Sanders,    Constance Yutivia Sanders,    1450 E. Eighth Street,
                 Erie, PA 16503-1708
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13984986       +ACL,   P.O. Box 71312,    Philadelphia, PA 19176-1312
13982799      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,     250 Mt. Lebanon Blvd.,    Suite 420,
                 Pittsburgh, PA  15122)
13982800       +Coml Accept,   2 W. Main Street,    Shiremanstown, PA 17011-6326
13984991       +County of Erie,    Adult Probation,   140 West Sixth Street,    Erie, PA 16501-1056
13982801       +CreditTech,   50 North 7th Street,    Bangor, PA 18013-1791
13984993       +Doreen Ford,    2805 Liberty Street,    Erie, PA 16508-1642
13982802       +EOS CCA,   P.O. Box 981025,    Boston, MA 02298-1025
13982803       +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
13982804       +First Federal Credit Union,    24700 Chagrin Blvd.,    Suite 205,   Cleveland, OH 44122-5662
13984998       +National City Mortgage,    3232 Newmark Road,    Miamisburg, OH 45342-5433
15159350        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
13982805        Nicole LaBletta, Esquire,    Udren Law Offices,    111 Woodcrest Rd., Suite 200,
                 Cherry Hill, NJ  08003-3620
13985002       +PNC Bank,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
13982808       +PNC Bank, N.A.,    2600 Liberty Avenue,    Pittsburgh, PA 15222-4616
14061067       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13982809       +PNC Mortgage,   P.O. Box 8703,    Dayton, OH 45401-8703
13982807       +Pinnacle Credit Service,    P.O. Box 5617,    Hopkins, MN 55343-0493
13982810       +St. Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
13982811       +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
13982812       +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
13982813       +TriState Adjustments,    3439 East Avenue S,    LaCrosse, WI 54601-7241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Mar 28 2020 03:48:47     United Consumer Financial Serv,
                 c/o Bass & Associates,    3936 E Ft Lowell Rd, Ste 200,    Tucson, AZ 85712-1083
14054687       +E-mail/Text: g20956@att.com Mar 28 2020 03:50:49     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
14018342        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2020 03:58:14
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13982798       +E-mail/Text: matthartweg@cbjcredit.com Mar 28 2020 03:51:01     CBJ Credit Recovery,
                 117 West Fourth Street,    P.O. Box 1132,    Jamestown, NY 14702-1132
13982797       +E-mail/Text: bankruptcy@usecapital.com Mar 28 2020 03:51:08     Capital Account,
                 P.O. Box 140065,    Nashville, TN 37214-0065
13984997        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 28 2020 03:49:48     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
13982814       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 28 2020 03:50:19     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13982816       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 28 2020 03:50:51     UPMC Hamot,    201 State Street,
                 Erie, PA 16550-0001
14002978       +E-mail/Text: bnc@bass-associates.com Mar 28 2020 03:48:47
                 United Consumer Financial Services,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road, Suite # 200,    Tucson, AZ 85712-1083
13982815       +E-mail/Text: EBankruptcy@UCFS.NET Mar 28 2020 03:51:07     United Consumer Financial Services,
                 865 Bassett Road,    Westlake, OH 44145-1194
13982817       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2020 03:47:03
                 Verizon Wireless,    c/of National Recovery,    P.O. Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13982796        ACL
cr*            +Doreen Ford,    2805 Liberty Street,    Erie, PA 16508-1642
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
13984988*      +CBJ Credit Recovery,    117 West Fourth Street,    P.O. Box 1132,    Jamestown, NY 14702-1132
13984989*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,     250 Mt. Lebanon Blvd.,    Suite 420,
                 Pittsburgh, PA  15122)
13984987*      +Capital Account,    P.O. Box 140065,    Nashville, TN 37214-0065
13984990*      +Coml Accept,    2 W. Main Street,    Shiremanstown, PA 17011-6326
13984992*      +CreditTech,    50 North 7th Street,    Bangor, PA 18013-1791
13984994*      +EOS CCA,    P.O. Box 981025,    Boston, MA 02298-1025
13984995*      +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
```

```
District/off: 0315-1           User: lmar              Page 2 of 2              Date Rcvd: Mar 27, 2020
                               Form ID: 300b           Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****
13984996*        +First Federal Credit Union,    24700 Chagrin Blvd.,    Suite 205,    Cleveland, OH 44122-5662
13984999*         Nicole LaBletta, Esquire,    Udren Law Offices,    111 Woodcrest Rd., Suite 200,
                   Cherry Hill, NJ  08003-3620
13985003*        +PNC Bank, N.A.,    2600 Liberty Avenue,    Pittsburgh, PA 15222-4616
13985004*        +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
13985000*        +Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13985001*        +Pinnacle Credit Service,    P.O. Box 5617,    Hopkins, MN 55343-0493
13985005*        +St. Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
13985006*        +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
13985007*        +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
13985008*        +TriState Adjustments,    3439 East Avenue S,    LaCrosse, WI 54601-7241
13985009*        +U. S. Trustee's Office,    1001 Liberty Ave.,    Liberty Center,    Suite 970,
                   Pittsburgh, PA 15222-3721
13985011*        +UPMC Hamot,    201 State Street,    Erie, PA 16550-0001
13985010*        +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
13985012*        +Verizon Wireless,    c/of National Recovery,    P.O. Box 26055,    Minneapolis, MN 55426-0055
13982806        ##+Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                     TOTALS: 1, * 23, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Constance Yutivia Sanders
               mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Marion Dewayne Sanders mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```