**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/13/20 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MARION DEWAYNE SANDERS
CONSTANCE YUTIVIA SANDERS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-10060 TPA

Chapter 13

Document No.: 74

ORDER OF COURT

    AND NOW, this ____13th____ day of _____May_____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 15-10060-TPA
Marion Dewayne Sanders                                                                   Chapter 13
Constance Yutivia Sanders
       Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: agro                   Page 1 of 2                  Date Rcvd: May 13, 2020
                               Form ID: pdf900              Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
```
db/jdb         +Marion Dewayne Sanders,    Constance Yutivia Sanders,    1450 E. Eighth Street,
                 Erie, PA 16503-1708
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13984986       +ACL,   P.O. Box 71312,    Philadelphia, PA 19176-1312
13982799      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     250 Mt. Lebanon Blvd.,   Suite 420,
                 Pittsburgh, PA 15122)
13982800       +Coml Accept,    2 W. Main Street,    Shiremanstown, PA 17011-6326
13984991       +County of Erie,    Adult Probation,    140 West Sixth Street,    Erie, PA 16501-1056
13982801       +CreditTech,    50 North 7th Street,    Bangor, PA 18013-1791
13984993       +Doreen Ford,    2805 Liberty Street,    Erie, PA 16508-1642
13982802       +EOS CCA,    P.O. Box 981025,    Boston, MA 02298-1025
13982803       +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
13982804       +First Federal Credit Union,    24700 Chagrin Blvd.,    Suite 205,   Cleveland, OH 44122-5662
13984998       +National City Mortgage,    3232 Newmark Road,    Miamisburg, OH 45342-5433
15159350        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
13982805        Nicole LaBletta, Esquire,    Udren Law Offices,    111 Woodcrest Rd., Suite 200,
                 Cherry Hill, NJ  08003-3620
13985002       +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13982808       +PNC Bank, N.A.,    2600 Liberty Avenue,    Pittsburgh, PA 15222-4616
14061067       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13982809       +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
13982807       +Pinnacle Credit Service,    P.O. Box 5617,    Hopkins, MN 55343-0493
13982810       +St. Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
13982811       +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
13982812       +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
13982813       +TriState Adjustments,    3439 East Avenue S,    LaCrosse, WI 54601-7241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: bnc@bass-associates.com May 14 2020 03:49:19     United Consumer Financial Serv,
                 c/o Bass & Associates,   3936 E Ft Lowell Rd, Ste 200,    Tucson, AZ 85712-1083
14054687        +E-mail/Text: g20956@att.com May 14 2020 03:51:44     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
14018342         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2020 03:55:17
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13982798        +E-mail/Text: matthartweg@cbjcredit.com May 14 2020 03:52:02     CBJ Credit Recovery,
                 117 West Fourth Street,    P.O. Box 1132,    Jamestown, NY 14702-1132
13982797        +E-mail/Text: bankruptcy@usecapital.com May 14 2020 03:52:13     Capital Account,
                 P.O. Box 140065,   Nashville, TN 37214-0065
13984997         E-mail/Text: sbse.cio.bnc.mail@irs.gov May 14 2020 03:50:30     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
13982814        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 14 2020 03:51:12     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,   Pittsburgh, PA 15222-3721
13982816        +E-mail/Text: BankruptcyNotice@upmc.edu May 14 2020 03:51:47     UPMC Hamot,   201 State Street,
                 Erie, PA 16550-0001
14002978        +E-mail/Text: bnc@bass-associates.com May 14 2020 03:49:19
                 United Consumer Financial Services,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road, Suite # 200,    Tucson, AZ 85712-1083
13982815        +E-mail/Text: EBankruptcy@UCFS.NET May 14 2020 03:52:12     United Consumer Financial Services,
                 865 Bassett Road,    Westlake, OH 44145-1194
13982817        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2020 03:49:14
                 Verizon Wireless,    c/of National Recovery,   P.O. Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13982796        ACL
cr*            +Doreen Ford,    2805 Liberty Street,    Erie, PA 16508-1642
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
13984988*      +CBJ Credit Recovery,    117 West Fourth Street,    P.O. Box 1132,    Jamestown, NY 14702-1132
13984989*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     250 Mt. Lebanon Blvd.,   Suite 420,
                 Pittsburgh, PA 15122)
13984987*      +Capital Account,    P.O. Box 140065,    Nashville, TN 37214-0065
13984990*      +Coml Accept,    2 W. Main Street,    Shiremanstown, PA 17011-6326
13984992*      +CreditTech,    50 North 7th Street,    Bangor, PA 18013-1791
13984994*      +EOS CCA,    P.O. Box 981025,    Boston, MA 02298-1025
13984995*      +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
```

```
District/off: 0315-1            User: agro               Page 2 of 2              Date Rcvd: May 13, 2020
                                Form ID: pdf900          Total Noticed: 35


             ***** BYPASSED RECIPIENTS (continued) *****
13984996*       +First Federal Credit Union,    24700 Chagrin Blvd.,    Suite 205,    Cleveland, OH 44122-5662
13984999*        Nicole LaBletta, Esquire,    Udren Law Offices,    111 Woodcrest Rd., Suite 200,
                  Cherry Hill, NJ  08003-3620
13985003*       +PNC Bank, N.A.,    2600 Liberty Avenue,    Pittsburgh, PA 15222-4616
13985004*       +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
13985000*       +Penn Credit,   916 S. 14th Street,    Harrisburg, PA 17104-3425
13985001*       +Pinnacle Credit Service,    P.O. Box 5617,    Hopkins, MN 55343-0493
13985005*       +St. Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
13985006*       +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
13985007*       +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021
13985008*       +TriState Adjustments,    3439 East Avenue S,    LaCrosse, WI 54601-7241
13985009*       +U. S. Trustee's Office,    1001 Liberty Ave.,    Liberty Center,    Suite 970,
                  Pittsburgh, PA 15222-3721
13985011*       +UPMC Hamot,    201 State Street,    Erie, PA 16550-0001
13985010*       +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
13985012*       +Verizon Wireless,   c/of National Recovery,    P.O. Box 26055,    Minneapolis, MN 55426-0055
13982806       ##+Penn Credit,   916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                             TOTALS: 1, * 23, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com,
           ewassall@logs.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Michael S. Jan Janin    on behalf of Joint Debtor Constance Yutivia Sanders
           mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           trayer@quinnfirm.com;gbebko@quinnfirm.com
          Michael S. Jan Janin    on behalf of Debtor Marion Dewayne Sanders mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           trayer@quinnfirm.com;gbebko@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```